# United States District Court
# District of Massachusetts

DON FIRENZE,
    Plaintiff,

v.                             CIVIL ACTION NO. 12-10880-PBS

NATIONAL LABOR RELATIONS BOARD,
NATIONAL LABOR RELATIONS
    BOARD UNION,
    Defendants.

## REPORT AND RECOMMENDATION ON MOTION FOR SUMMARY JUDGMENT AGAINST NATIONAL LABOR RELATIONS BOARD WITH RESPECT TO COUNT II OF THE COMPLAINT (#47) AND DEFENDANT NLRB'S CROSS-MOTION FOR SUMMARY JUDGMENT AS TO THE REMAINING COUNT II (#57)

*[Handwritten margin note: After a review of the objection and the report and recommendation, I order the Court adopts the report and recommendation. Final judgment be entered in favor of the defendants. /s/ Patti B. Saris 1/24/14]*